IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01248-PSF-CBS

(Relating to Case No. 2-04cv01 DF (E.D. Tex.))

TiVO INC., a Delaware corporation;

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION, a Nevada corporation;
ECHOSTAR DBS CORPORATION, a Colorado corporation;
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation; and
ECHOSPHERE LIMITED LIABILITY COMPANY, a Colorado limited liability company;

Defendants.
_____

**ORDER REGARDING UNOPPOSED MOTION TO WITHDRAW APPEARANCES
OF DAMON S. YOUNG AND PAUL A. FRIEDMAN**
_____

THIS MATTER is before the Court on Defendants' Unopposed Motion to Withdraw Appearances of Damon S. Young and Paul A. Friedman (Dkt. # 7), filed July 15, 2005. It appears that the names of Messrs. Young and Friedman appear improperly on the list of counsel who have entered appearances in this action. They never entered their appearances in this action pursuant to D.C.COLO.LCivR 11.1A. The Clerk of the Court is therefore directed to remove Damon S. Young and Paul A. Friedman from the list of attorneys appearing in this matter. To the extent the motion is one to withdraw pursuant to D.C.COLO.LCivR 83.3D, it is DENIED as moot.

DATED: July 19, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge